**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Daniel Raymond LUTZ, Defendant– Appellant.**

**No. 00–7497.**

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.

Daniel Lutz, pro se. Lynne Ann Battaglia, Andrew Clayton White, Baltimore, MD, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Daniel Lutz seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on

the reasoning of the district court. *See United States v. Lutz,* Nos. CR–95–293; CA–99–3663–HNM (D.Md. Oct. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*